[No. 11489-1-I.   Division One.   May 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK WESLEY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03152-4, Robert W. Winsor, J., entered March 9, 1982. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Corbett, JJ.

[Nos. 11234-1-I; 11539-1-I.   Division One.   May 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS ANTONIO FREEMAN, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 81-1-02992-9, 81-1-00885-1, Robert E. Dixon, J., entered January 15, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Corbett and Scholfield, JJ.

[No. 11424-7-I.   Division One.   May 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS ALEXANDER RICHARDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-05237-3, Jack Richey, J. Pro Tem., entered March 18, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Andersen, C.J., concurred in by Williams and Scholfield, JJ.